1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6

7  HARRIS ENTERPRISES, LLP,  Case No. 3:18-cv-00776-WHO

8  　　　　　Plaintiff,

9  　　v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

10  UNITED STATES OF AMERICA,  Re: Dkt. No. 11

11  　　　　　Defendant.

12

13  　　　I have reviewed Magistrate Judge Robert M. Illman's Report and Recommendation

14  ("Report") that this case be dismissed for failure to prosecute and because an LLP may not

15  proceed *pro se*. Report at 2 (Dkt. No. 11). The case was reassigned to me on May 31, 2018. Dkt.

16  No. 13. Plaintiff has not filed a timely objection to the Report, did not respond to Magistrate

17  Judge Illman's order to show cause (Dkt. No. 8), and did not appear at the case management

18  conference (Dkt. No. 10).

19  　　　I find the Report correct, well-reasoned, and thorough; I adopt it in every respect. This

20  case is DISMISSED for failure to prosecute under Federal Rule of Civil Procedure 41(b).

21  　　　**IT IS SO ORDERED.**

22  Dated: June 11, 2018

23
24  　　　　　　　　　　　　　　　　　　　　　_____
25  　　　　　　　　　　　　　　　　　　　　　William H. Orrick
　　　　　　　　　　　　　　　　　　　　　United States District Judge
26
27
28